434 A.2d 716

**William MADARA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BUREAU OF STATE LOTTERIES.**

Supreme Court of Pennsylvania.

Submitted April 28, 1981.

Decided Sept. 24, 1981.

Stephen Cohen, Shamokin Dam, for appellant.

Nicholas J. Lamberti, Asst. Counsel, Mechanicsburg, Raymond Kleiman, for appellee.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed.

WILKINSON, J., did not participate in the consideration or decision of this case.